# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:08-CR-155** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **EDWARD MONTGOMERY** | : | |

## **ORDER**

AND NOW, this 8th day of April, 2009, upon consideration of the motion (Doc. 132) of the defendant to transfer to alternate prison, and the court having been apprised at this morning's change of plea hearing that the defendant is in the process of transferring to Franklin County Prison, it is hereby ORDERED that defendant's motion is denied as moot.

                                                      S/ Christopher C. Conner  
                                                      CHRISTOPHER C. CONNER  
                                                      United States District Judge